IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**PAMELA GOODWIN**                                                                     **PLAINTIFF**

**VS.**                                                          **CIVIL ACTION NO.: 3:25-cv-83-MPM-JMV**

**AJINOMOTO FOODS NORTH AMERICAN, INC.**                        **DEFENDANT**

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

This matter is before the court on the Motion to Withdraw as Attorney [Doc. 34], filed by Jane Ashley Watson and Louis H. Watson, Jr., counsel for Plaintiff. The court, having considered the motion, finds that the motion is well taken and should be granted.

**IT IS, THEREFORE, ORDERED** that Jane Ashley Watson and Louis H. Watson's withdrawal as counsel of record for Plaintiff in this matter is hereby authorized and approved. Robert N. Norris of Nick Norris, P.A. shall continue to act as counsel of record for Plaintiff.

**SO ORDERED** this, the 16th day of December, 2025.

                                                     /s/ Jane M. Virden
                                                     **UNITED STATES MAGISTRATE JUDGE**